UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



NO. 5:20-CR-241-1FL(3)

UNITED STATES OF AMERICA          )
                                  )
v.                                )        **I N D I C T M E N T**
                                  )
DENIS JAVIER MIRANDA              )
                                  )

The Grand Jury charges that:

## COUNT ONE

On or about April 4, 2016, in the Eastern District of North Carolina, the defendant, DENIS JAVIER MIRANDA, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

[remainder of page intentionally left blank]

1

## COUNT TWO

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, DENIS JAVIER MIRANDA, an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_5/12/2020_
DATE

ROBERT J. HIGDON
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2